# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL K. DUARTE,
Petitioner,
vs.
ISIDRO BACA, WARDEN; JAMES
DZURENDA; NDOC; DWAYNE DEAL;
OMB/OMD; AND THE STATE OF
NEVADA,
Respondents.

No. 75547

FILED

JUN 2 8 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

This pro se petition was docketed in this court on April 10, 2018, without payment of the requisite filing fee. On May 11, 2018, this court issued an order directing petitioner to submit an affidavit and financial certificate from the Department of Corrections in support of his document filed on April 17, 2018, within 30 days or the petition would be dismissed. To date, petitioner has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, the motion is denied and this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Michael Kenneth Duarte
Attorney General/Carson City
Carson City Clerk

18-24691